AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

**DEFENDANT - U.S.**

JUL 2 6 2007

▶ ANDRE MATTHEWS

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-00488 CW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALICIA FENRICK, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Martinez Detention Facilizy

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALICIA FENRICK, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ TYHESIA BACON

DISTRICT COURT NUMBER

CR07-00488 CW

FILED
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE CHARGED**
18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

**DEFENDANT - U.S.**
▶ JERRY GREEN

**DISTRICT COURT NUMBER**
CR07-00488 CW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (If assigned)** ALICIA FENRICK, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

**DEFENDANT - U.S.**
▶ ALICIA JOHNSON

JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-00488  CW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALICIA FENRICK, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ALICIA FENRICK, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----

▶ LEVI ENRIQUEZ

DISTRICT COURT NUMBER

CR07-00488  CW

---- DEFENDANT ----

IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

---- PROCEEDING ----
Name of Complaintant Agency, or Person (& Title if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ALICIA FENRICK, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ KENYATA WILLIAMS

DISTRICT COURT NUMBER

CR07-00488 CW

FILED
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

**DEFENDANT - U.S.**
► ASHAKI GREEN

FILED
JUL 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT COURT NUMBER**
CR07-00488  CW

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALICIA FENRICK, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ► _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S.
▶ KELVIN ARNOLD

DISTRICT COURT NUMBER
CR07-00488 CW

E-filing

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) ALICIA FENRICK, AUSA

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

---OFFENSE CHARGED---

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

---DEFENDANT - U.S.---

JUL 2 6 2007

► CORY KAUTZMAN

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT COURT NUMBER**

CR07-00488  CW

---DEFENDANT---

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☑ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution
Martinez Detention Facilizy

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

**DATE OF ARREST** ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►  Month/Day/Year

---PROCEEDING---

**Name of Complaintant Agency, or Person (&Title, if any)**
UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   ALICIA FENRICK, AUSA

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

**DEFENDANT - U.S.**
▶ DANIELLE REYES

JUL 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT COURT NUMBER**
CR07-00488 CW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALICIA FENRICK, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

E-filing

FILED
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S.
▶ BOBBY ALEXANDER

DISTRICT COURT NUMBER
CR07-0488 CW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  ALICIA FENRICK, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Martinez Detention Facilizy

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: OAKLAND

CR07-00488 CW

UNITED STATES OF AMERICA,

V.

ANDRE MATTHEWS, TYHESIA BACON,
JERRY GREEN, ALICIA JOHNSON,
LEVI ENRIQUEZ, KENYATA WILLIAMS,
ASHAKI GREEN, KELVIN ARNOLD,
CORY KAUTZMAN, DANIELLE REYES, and
BOBBY ALEXANDER,

E-filing

**FILED**
JUL 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully
Transfer or Use a Means of Identification of Another

A true bill.

_____
Foreman

Filed in open court this 26th day of July 2007

_____
Clerk

Bail, $ No bail - arrest warrants for each + all defendants.

7-26-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-filing

**FILED**

JUL 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANDRE MATTHEWS, <br> TYHESIA BACON, <br> JERRY GREEN, <br> ALICIA JOHNSON, <br> LEVI ENRIQUEZ, <br> KENYATA WILLIAMS, <br> ASHAKI GREEN, <br> KELVIN ARNOLD, <br> CORY KAUTZMAN, <br> DANIELLE REYES, and <br> BOBBY ALEXANDER <br> Defendants. | No. CR07-00488 CW <br><br> VIOLATIONS: 18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

#### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant ANDRE MATTHEWS resided in Antioch, California. He was the "owner" of "The BIZZ" and "Dangerous Krew," which were successive and overlapping fictitious business

names given to groups of individuals working together to generate income by means of identity theft and access device fraud.

2. Defendants TYHESIA BACON and KELVIN ARNOLD resided in San Francisco, California and Pittsburgh, California, respectively, and were co-owners of "The BIZZ."

3. Defendant KENYATTA WILLIAMS resided in Antioch, California and was the "President/Sales Executive" of the "The BIZZ." and was also affiliated with "Dangerous Krew."

4. Defendant ASHAKI GREEN resided in Brentwood, California and was the "Administrative Chairman/ President" of "The BIZZ."

5. Defendant JERRY GREEN resided in Antioch, California and was affiliated with "The BIZZ."

6. Defendant LEVI ENRIQUEZ, resided in Antioch, California and was affiliated with "Dangerous Krew."

7. Defendant ALICIA JOHNSON resided in Antioch, California and was affiliated with "Dangerous Krew."

8. Defendant BOBBY ALEXANDER resided in Antioch, California and was affiliated with "The BIZZ"

9. Defendants DANIELLE REYES and CORY KAUTZMAN resided in Antioch, California.

## THE CONSPIRACY

10. Beginning on a date unknown to the Grand Jury but no later than April, 2006, to and including May, 2007, in the State and Northern District of California and elsewhere, the defendants,

> ANDRE MATTHEWS,
> TYHESIA BACON,
> JERRY GREEN,
> ALICIA JOHNSON,
> LEVI ENRIQUEZ,
> KENYATA WILLIAMS,
> ASHAKI GREEN,
> KELVIN ARNOLD,
> CORY KAUTZMAN,
> DANIELLE REYES, and
> BOBBY ALEXANDER

2

did conspire to knowingly transfer and use, without lawful authority and in and affecting interstate commerce, a means of identification of another person with the intent to commit, to aid, and to abet, any unlawful activity that constitutes a violation of Federal law and that constitutes a felony under an applicable State law, in viiolation of 18 U.S.C. § 1028(a)(7).

11. As a result of this offense, the defendants obtained something of value aggregating $1,000 or more during a one-year period beginning on or about May, 2006, and ending on or about May, 2007.

## MANNER AND MEANS OF THE CONSPIRACY

12. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

13. Defendants collaborated to create "companies" which they entitled "The BIZZ," and "Dangerous Krew." Through these companies, defendants established protocols, methodologies and procedures for obtaining merchandise and services using the identities and credit of unsuspecting victims. Defendants obtained individuals' true social security numbers and other personal information from several different sources, including but not limited to the following:

    a.    credit applications from car dealerships throughout California; and

    b.    credit applications from mortgage companies throughout California.

14. Per the "Process and Procedures" established for "The BIZZ" and "Dangerous Krew," defendants opened credit card accounts and merchant accounts and added themselves as authorized users on victims existing accounts, using stolen social security numbers and other personal information. Defendants used these accounts to order merchandise and services for "The BIZZ," and "Dangerous Krew."

15. Defendants often used their own home addresses as well as the addresses of their relatives and associates on the account applications and to receive mail and merchandise related to the accounts.

16. Defendants retained the fraudulently obtained merchandise for themselves or stored it as inventory for "The BIZZ" and "Dangerous Krew" to be used for resale and gifts to friends and family.

## OVERT ACTS

17. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts were committed in the Northern District of California and elsewhere:

### ESTABLISHMENT OF "The BIZZ" AND "DANGEROUS KREW."

a. Beginning on a date unknown to the Grand Jury but no later than April, 2006 and continuing to May, 2007, ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN and KENYATTA WILLIAMS established "The BIZZ" and designated themselves as officers of this fictitious company. They drafted an organization chart, business cards and a Process and Procedures guide outlining steps to take to open credit accounts using the names, social security numbers, drivers license numbers and other personal identifying information of unsuspecting individuals whose identities had been compromised.

b. During the same time period ANDRE MATTHEWS, KENYATA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON created a similar, overlapping organization called "Dangerous Krew" with a similar Process and Procedure guide and business cards depicting "Dangerous Krew" currency.

c. Beginning on a date unknown to the Grand Jury, defendants ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN, KENYATTA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON acquired personal identifying information of unsuspecting individuals and created extensive profiles of individuals which often included social security numbers, dates of birth, driver's license numbers, mother's maiden names, employment and income information and address and telephone information.

d   Beginning on a date unknown to the Grand Jury but no later than April 2006 and continuing to May, 2007, ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN, KENYATTA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON used the profiles created to open unauthorized credit accounts in the victims names and add unauthorized users to the victims existing credit accounts at the following retailers: Abercrombie & Fitch, Pottery Barn, Victoria's Secret, Pacsun, Lane Bryant, Eddie Bauer, Buckles, J. Crew, Spiegel, Newport News, Pier 1 Imports, Dell Financial, Staples, Target, Circuit City, Macys,

American Eagle, Home Depot, Lowes, Gottschalk's, Best Buys, Zales, Sprint and Overstock.com.

e. On or about May 12, 2006, BOBBY ALEXANDER, using a fraudulent California driver's license to impersonate victim Eric P., obtained three Sprint/Nextel cellular phones. One of the phones he purchased, bearing phone number (925) 584-7293, was listed as the "home phone number" on over 50 fraudulently opened merchant accounts and used as the personal cellular telephone of ANDRE MATTHEWS.

f. Beginning on a date unknown but no later than December, 2005 and continuing to July, 2006, JERRY GREEN obtained at least six (6) fraudulent California driver's licenses in at least six (6) victim's names that bore his likeness. Between December, 2005 and July, 2006, JERRY GREEN opened at least 20 unauthorized accounts in those victims names and made purchases totaling over $8000.

g. On or about February 14, 2007 an on-line account was opened at Lowes in the name of Victor S. without his knowledge or permission. On February 18, 2007 a telephone order was placed for approximately $1080 worth of merchandise using the newly opened account. On or about February 19, 2007, LEVI ENRIQUEZ and ANDRE MATTHEWS arrived at Lowes located at 1951 Auto Center Drive in Antioch, California and picked up the merchandise ordered the preceding day.

h. On or about May 20, 2007, an on-line account was opened at Victoria Secret in the name of victim Julie C. and ALICIA JOHNSON was added as an authorized user on the account. Continuing on the same date, ALICIA JOHNSON entered the Sun Valley Mall branch of Victoria Secret and purchased merchandise in the amount of $497.95 using the newly opened account. Between on or about February 26, 2007 and May 20, 2007 ALICIA JOHNSON was added as an authorized user on approximately 118 victim accounts.

i. On or about May 26, 2007 an on-line account was opened at Victoria Secret in the name of vicim James M. and CORY KAUTZMAN was added as an authorized user on the account. On or about May 30, 2007, CORY KAUTZMAN and DANIELLE REYES entered the Victoria Secret branch located at 2556 Sommersville Road in Antioch, California and purchased

1 | merchandise in the amount of $487.67 using the newly opened account.

2 |     j. On or about May 14, 2007, a Chase Overstock.com Visa account was opened on-line in the name of Kalvin K and victim William W. was added as an authorized user. On or about May 28, 2007, ANDRE MATTHEWS, presented a fraudulent California Driver's license in the name of victim William W. bearing MATTHEW'S likeness and a Visa credit card in William W.'s name but associated with victim Kalvin K.'s newly opened Chase Overstock.com account to the Best Western Hotel clerk located at 3210 Delta Fair Blvd, Antioch, California for check-in. With these identification documents, ANDRE MATTHEWS checked himself into room 104 and checked CORY KAUTZMAN into room 207. Thereafter, with these same documents, on or about May 30, 2007, ANDRE MATTHEWS, along with CORY KAUTZMAN and DANIELLE REYES, moved into room 124. On or about May 31, 2007, ANDRE MATTHEWS, CORY KAUTZMAN and DANIELLE REYES continued the creation of victim profiles by downloading credit reports of multiple victims from various credit reporting agencies and having them sent as text files to printers located in room 124.

All in violation of Title 18 United States Code, Section 1028(f).

DATED: July 24, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
STEPHEN CORRIGAN
Acting Chief, Oakland Office

(Approved as to form: _____)
AUSA FENRICK

6