1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant JOHNSON
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-00488 CW
                                       )
12              Plaintiff,             )    **STIPULATION AND ORDER**
                                       )    **CONTINUING STATUS HEARING**
13  vs.                                )
                                       )    Hearing Date: October 24, 2007
14  ANDRE MATTHEWS, et al.             )    Requested Date: November 28, 2007
                                       )
15              Defendant.             )
    _____)
16

17

18          It is hereby stipulated that the STATUS hearing date of October 24, 2007 be continued to

19  November 28, 2007 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be

20  excluded between October 24, 2007 and November 28, 2007 due to the ongoing investigation by

21  defense counsel.  Approximately 4000 pages of discovery have been produced to defense

22  counsel in electronic form.  Not all of this has been printed.  This electronic discovery has been

23  converted to OCR searchable form by defense counsel and distributed to all defense counsel.

24  Seven CD-ROM's of discovery recently received have not been reviewed.  Calculation of loss

25  value exposure will be a complicated process in this case and is ongoing.  The parties understand

26  the court's preference for setting of motions by stipulation; however, the parties are not in a

1   position to assess the time needed for discovery review or motions preparation.  The parties will

2   attempt to propose a motions schedule by stipulation prior to the requested next appearance.

3           The parties agree that the ends of justice served by the continuance requested herein

4   outweigh the best interest of the public and the defendant in a speedy trial because the failure to

5   grant the continuance would deny the counsel for the defendant the reasonable time necessary

6   for effective preparation, taking into account the exercise of due diligence.  Time should

7   therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

8

9   10-23-07                                    /s/
    Date                                        John Paul Reichmuth
10                                              Assistant Federal Public Defenders
                                                Counsel for defendant Johnson
11

12
    10-23-07                                    /s/
13  Date                                        Richard Tamor
                                                Counsel for defendant Bacon
14

15  10-23-07                                    /s/
    Date                                        Garrick Lew
16                                              Counsel for defendant Alexander

17  10-23-07                     /s/
    Date                                        Gail Shifman
18                                              Counsel for defendant Kautzman

19
    10-23-07                                    /s/
20  Date                                        John Hemann
                                                Counsel for defendant Matthews
21
    10-23-07                                    /s/
22
    Date                                        Laura Robinson
23                                              Counsel for defendant Enriquez

24  10-23-07                                    /s/
    Date                                        Mark Goldrosen
25                                              Counsel for defendant Reyes

26

1   10-23-07                                    /s/
    Date                                Seth Chazin
2                                       Counsel for defendant Williams

3
    10-23-07                                    /s/
4   Date                                Keslie Stewart
                                        Assistant United States Attorney
5

6       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.                    /S/ John Paul Reichmuth
7                                       Counsel for Defendant Alicia Johnson

8

9
                                       **ORDER**
10          Based on the reasons provided in the stipulation of the parties above, the Court hereby

11  finds that the ends of justice served by the continuance requested herein outweigh the best

12  interest of the public and the defendant in a speedy trial because the failure to grant the

13  continuance would deny the counsel for the defendant the reasonable time necessary for effective

14  preparation, taking into account the exercise of due diligence.  The Court makes this finding

15  because the parties continue to investigate the new discovery, which is voluminous.

16          Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

17  October 24, 2007 at 2:00 p.m. be continued to November 28 and that time be excluded from

18  October 24, 2007 to November 28, 2007 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

19          IT IS SO ORDERED.

20

21      10/23/07

22  _____        _____
    Date                                Hon. Claudia Wilken
23                                      United States District Judge

24

25

26