# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

October 31, 2007

Clerk's Office
U.S. District Court
Northern District of California
Phillip Burton United States Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

**FILED**

NOV - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE:  USA v. Ashaki Green
Your case number: CR 07-488-CW
Arizona case number: 07-00285M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Michelle H. Burns in Phoenix, Arizona. The following action has been taken.

☒  **THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:** 11/14/07 at 10:00 AM before Magistrate Judge Wayne D. Brazil.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to this office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/Sherise M. Hargrove
Sherise M. Hargrove
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ ARIZONA _____

UNITED STATES OF AMERICA
V.

Ashaki Green

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 07-00285M

CHARGING DISTRICTS
CASE NUMBER:  CR 07-488 CW

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ____Northern____ District of ____California (Oakland)____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the Ronald V. Dellums Federal Building
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be *notified*)
1301 Clay Street in Oakland, CA 94612         on November 14, 2007 at 10:00 a.m. before
3rd Floor, courtroom 4                                    Magistrate Judge Wayne D. Brazil

*Date and Time*

I hereby attest and certify on 10-30-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

October 30, 2007
*Date*

*Signature of Judge*

Michelle H. Burns, United States Magistrate Judge
*Name and Title of Judge*

CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:07-mj-00285-MHB All Defendants
# Internal Use Only

Case title: USA v. Green
Other court case number: CR 07-488 CW Northern District of California, Oakland

Date Filed: 10/24/2007
Date Terminated: 10/30/2007

Assigned to: Magistrate Judge Michelle H Burns

**Defendant**

**Ashaki Green** (1)
*TERMINATED: 10/30/2007*

represented by **Craig Stephen Orent**
Federal Public Defender's Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: craig_orent@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

None

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

18:1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another

## Disposition

---

## Plaintiff

**USA**  represented by  **Darcy A Cerow**
US Attorney's Office
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-364-7929
Email: Darcy.Cerow@USDOJ.GOV
*TERMINATED: 10/24/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas C Simon
US Attorney's Office
2 Renaissance Sq
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7610
Fax: 602-514-7650
Email: Tom.Simon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2007 | 1 | Arrest (warrant issued other district) of Ashaki Green (MMO) (Entered: 10/24/2007) |
| 10/24/2007 | 2 | Minute Entry for proceedings held before Judge Michelle H Burns : Initial Appearance in Rule 5(c)(3) Proceedings as to Ashaki Green held on 10/24/2007. Appointed AFPD attorney Craig Stephen Orent for Ashaki Green. Thomas C Simon for USA. AUSA Darcy A Cerow terminated in case as to Ashaki Green. Detention Hearing as to Ashaki Green submitted on 10/24/2007, dft released O/R w/conditions. Rule 5(c)(3) Identity Hearing as to Ashaki Green waived on 10/24/2007. Warrant of Removal will not be issued, order to issue with the date/time of the dft's appearance in the prosecuting district. (Court Reporter COURTSMART). (PKD, ) (Entered: 10/29/2007) |
| 10/24/2007 | 3 | ORDER APPOINTING AFPD Craig Orent as counsel as to Ashaki Green. Signed by Judge Michelle H Burns on 10/24/07.(PKD, ) (Entered: 10/29/2007) |
| 10/24/2007 | 4 | WAIVER of Rule 5 Identity Hearings by dft Ashaki |

| | | |
|---|---|---|
| | | Green (PKD, ) (Entered: 10/29/2007) |
| 10/24/2007 | [5](#) | ORDER Setting Conditions of Release as to Ashaki Green (1) O/R. Signed by Judge Michelle H Burns on 10/24/07.(PKD, ) (Entered: 10/29/2007) |
| 10/29/2007 | [6](#) | *SEALED* Pretrial Services bail report as to Ashaki Green, filed by Pretrial Services. (Thomas, Julie) (Entered: 10/29/2007) |
| 10/30/2007 | [7](#) | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL to the Northern District of California in CR 07-488-CW as to Ashaki Green. Defendant is directed to appear on 11/14/2007 at 10:00 AM before Magistrate Judge Wayne D. Brazil at 1301 Clay Street in Oakland, CA 94612, 3rd Floor, Courtroom 4. Signed by Magistrate Judge Michelle H Burns on 10/30/07. (SMH) (Entered: 10/30/2007) |

I hereby attest and certify on 10-30-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy