# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**

VENUE: OAKLAND

07-0285 M

CR07-00488 CW

UNITED STATES OF AMERICA,

V.

ANDRE MATTHEWS, TYHESIA BACON,
JERRY GREEN, ALICIA JOHNSON,
LEVI ENRIQUEZ, KENYATA WILLIAMS,
ASHAKI GREEN, KELVIN ARNOLD,
CORY KAUTZMAN, DANIELLE REYES, and
BOBBY ALEXANDER,

E-filing

**FILED**

JUL 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully
Transfer or Use a Means of Identification of Another

A true bill.

_____
Foreman

Filed in open court this 26th day of
July 2007

_____
Clerk

Bail, $ No bail arrest warrants for each + all defendants.
7-26-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-filing

**FILED**
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,          )   No. CR07-00488 CW
                                   )
        Plaintiff,                 )
                                   )   VIOLATIONS: 18 U.S.C. § 1028(f) -
    v.                             )   Conspiracy to Unlawfully Transfer or Use a
                                   )   Means of Identification of Another
ANDRE MATTHEWS,                    )
TYHESIA BACON,                     )   OAKLAND VENUE
JERRY GREEN,                       )
ALICIA JOHNSON,                    )
LEVI ENRIQUEZ,                     )
KENYATA WILLIAMS,                  )
ASHAKI GREEN,                      )
KELVIN ARNOLD,                     )
CORY KAUTZMAN,                     )
DANIELLE REYES, and                )
BOBBY ALEXANDER                    )
                                   )
        Defendants.                )
                                   )

## INDICTMENT

The Grand Jury charges:

### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant ANDRE MATTHEWS resided in Antioch, California. He was the "owner" of "The BIZZ" and "Dangerous Krew," which were successive and overlapping fictitious business

1  names given to groups of individuals working together to generate income by means of identity
2  theft and access device fraud.
3     2. Defendants TYHESIA BACON and KELVIN ARNOLD resided in San Francisco,
4  California and Pittsburgh, California, respectively, and were co-owners of "The BIZZ."
5     3. Defendant KENYATTA WILLIAMS resided in Antioch, California and was the
6  "President/Sales Executive" of the "The BIZZ." and was also affiliated with "Dangerous Krew."
7     4. Defendant ASHAKI GREEN resided in Brentwood, California and was the
8  "Administrative Chairman/ President" of "The BIZZ."
9     5. Defendant JERRY GREEN resided in Antioch, California and was affiliated with "The
10 BIZZ."
11    6. Defendant LEVI ENRIQUEZ, resided in Antioch, California and was affiliated with
12 "Dangerous Krew."
13    7. Defendant ALICIA JOHNSON resided in Antioch, California and was affiliated with
14 "Dangerous Krew."
15    8. Defendant BOBBY ALEXANDER resided in Antioch, California and was affiliated with
16 "The BIZZ"
17    9. Defendants DANIELLE REYES and CORY KAUTZMAN resided in Antioch,
18 California.

### THE CONSPIRACY

20   10. Beginning on a date unknown to the Grand Jury but no later than April, 2006, to and
21 including May, 2007, in the State and Northern District of California and elsewhere, the
22 defendants,

ANDRE MATTHEWS,
TYHESIA BACON,
JERRY GREEN,
ALICIA JOHNSON,
LEVI ENRIQUEZ,
KENYATA WILLIAMS,
ASHAKI GREEN,
KELVIN ARNOLD,
CORY KAUTZMAN,
DANIELLE REYES, and
BOBBY ALEXANDER

did conspire to knowingly transfer and use, without lawful authority and in and affecting interstate commerce, a means of identification of another person with the intent to commit, to aid, and to abet, any unlawful activity that constitutes a violation of Federal law and that constitutes a felony under an applicable State law, in viiolation of 18 U.S.C. § 1028(a)(7).

11. As a result of this offense, the defendants obtained something of value aggregating $1,000 or more during a one-year period beginning on or about May, 2006, and ending on or about May, 2007.

## MANNER AND MEANS OF THE CONSPIRACY

12. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

13. Defendants collaborated to create "companies" which they entitled "The BIZZ," and "Dangerous Krew." Through these companies, defendants established protocols, methodologies and procedures for obtaining merchandise and services using the identities and credit of unsuspecting victims. Defendants obtained individuals' true social security numbers and other personal information from several different sources, including but not limited to the following:

   a.   credit applications from car dealerships throughout California; and
   b.   credit applications from mortgage companies throughout California.

14. Per the "Process and Procedures" established for "The BIZZ" and "Dangerous Krew," defendants opened credit card accounts and merchant accounts and added themselves as authorized users on victims existing accounts, using stolen social security numbers and other personal information. Defendants used these accounts to order merchandise and services for "The BIZZ," and "Dangerous Krew."

15. Defendants often used their own home addresses as well as the addresses of their relatives and associates on the account applications and to receive mail and merchandise related to the accounts.

16. Defendants retained the fraudulently obtained merchandise for themselves or stored it as inventory for "The BIZZ" and "Dangerous Krew" to be used for resale and gifts to friends and family.

## OVERT ACTS

17. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts were committed in the Northern District of California and elsewhere:

### ESTABLISHMENT OF "The BIZZ" AND "DANGEROUS KREW."

a. Beginning on a date unknown to the Grand Jury but no later than April, 2006 and continuing to May, 2007, ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN and KENYATTA WILLIAMS established "The BIZZ" and designated themselves as officers of this fictitious company. They drafted an organization chart, business cards and a Process and Procedures guide outlining steps to take to open credit accounts using the names, social security numbers, drivers license numbers and other personal identifying information of unsuspecting individuals whose identities had been compromised.

b. During the same time period ANDRE MATTHEWS, KENYATA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON created a similar, overlapping organization called "Dangerous Krew" with a similar Process and Procedure guide and business cards depicting "Dangerous Krew" currency.

c. Beginning on a date unknown to the Grand Jury, defendants ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN, KENYATTA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON acquired personal identifying information of unsuspecting individuals and created extensive profiles of individuals which often included social security numbers, dates of birth, driver's license numbers, mother's maiden names, employment and income information and address and telephone information.

d  Beginning on a date unknown to the Grand Jury but no later than April 2006 and continuing to May, 2007, ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN, KENYATTA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON used the profiles created to open unauthorized credit accounts in the victims names and add unauthorized users to the victims existing credit accounts at the following retailers: Abercrombie & Fitch, Pottery Barn, Victoria's Secret, Pacsun, Lane Bryant, Eddie Bauer, Buckles, J. Crew, Spiegel, Newport News, Pier 1 Imports, Dell Financial, Staples, Target, Circuit City, Macys,

American Eagle, Home Depot, Lowes, Gottschalk's, Best Buys, Zales, Sprint and Overstock.com.

   e.  On or about May 12, 2006, BOBBY ALEXANDER, using a fraudulent California driver's license to impersonate victim Eric P., obtained three Sprint/Nextel cellular phones. One of the phones he purchased, bearing phone number (925) 584-7293, was listed as the "home phone number" on over 50 fraudulently opened merchant accounts and used as the personal cellular telephone of ANDRE MATTHEWS.

   f.  Beginning on a date unknown but no later than December, 2005 and continuing to July, 2006, JERRY GREEN obtained at least six (6) fraudulent California driver's licenses in at least six (6) victim's names that bore his likeness. Between December, 2005 and July, 2006, JERRY GREEN opened at least 20 unauthorized accounts in those victims names and made purchases totaling over $8000.

   g.  On or about February 14, 2007 an on-line account was opened at Lowes in the name of Victor S. without his knowledge or permission. On February 18, 2007 a telephone order was placed for approximately $1080 worth of merchandise using the newly opened account. On or about February 19, 2007, LEVI ENRIQUEZ and ANDRE MATTHEWS arrived at Lowes located at 1951 Auto Center Drive in Antioch, California and picked up the merchandise ordered the preceding day.

   h.  On or about May 20, 2007, an on-line account was opened at Victoria Secret in the name of victim Julie C. and ALICIA JOHNSON was added as an authorized user on the account. Continuing on the same date, ALICIA JOHNSON entered the Sun Valley Mall branch of Victoria Secret and purchased merchandise in the amount of $497.95 using the newly opened account. Between on or about February 26, 2007 and May 20, 2007 ALICIA JOHNSON was added as an authorized user on approximately 118 victim accounts.

   i.  On or about May 26, 2007 an on-line account was opened at Victoria Secret in the name of victim James M. and CORY KAUTZMAN was added as an authorized user on the account. On or about May 30, 2007, CORY KAUTZMAN and DANIELLE REYES entered the Victoria Secret branch located at 2556 Sommersville Road in Antioch, California and purchased

1 | merchandise in the amount of $487.67 using the newly opened account.

2 |     j. On or about May 14, 2007, a Chase Overstock.com Visa account was opened on-line in the name of Kalvin K and victim William W. was added as an authorized user. On or about May 28, 2007, ANDRE MATTHEWS, presented a fraudulent California Driver's license in the name of victim William W. bearing MATTHEW'S likeness and a Visa credit card in William W.'s name but associated with victim Kalvin K.'s newly opened Chase Overstock.com account to the Best Western Hotel clerk located at 3210 Delta Fair Blvd, Antioch, California for check-in. With these identification documents, ANDRE MATTHEWS checked himself into room 104 and checked CORY KAUTZMAN into room 207. Thereafter, with these same documents, on or about May 30, 2007, ANDRE MATTHEWS, along with CORY KAUTZMAN and DANIELLE REYES, moved into room 124. On or about May 31, 2007, ANDRE MATTHEWS, CORY KAUTZMAN and DANIELLE REYES continued the creation of victim profiles by downloading credit reports of multiple victims from various credit reporting agencies and having them sent as text files to printers located in room 124.

    All in violation of Title 18 United States Code, Section 1028(f).

DATED:

July 24, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
STEPHEN CORRIGAN
Acting Chief, Oakland Office

(Approved as to form: _____ )
                         AUSA FENRICK

10/24/2007 10:37  6023828740                USMS PHX CELLBLOCK              PAGE 02/02

10/24/2007 09:51  6022581705                POSTAL INSPECTION               PAGE 03/03

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

07-0285M

WARRANT FOR ARREST

Ashaki Green

Case Number: CR-07-00488-CW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ASHAKI GREEN

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with   Conspiracy to unlawfully transfer or use a means of identification of another

in violation of Title ___18___ United States Code, Section(s) ___1028(f)___

Kelly Collins                                       Deputy Clerk
Name of Issuing Officer                             Title of Issuing Officer

[signature]                                         7/26/07 Oakland, CA
Signature of Issuing Officer                        Date and Location

Bail fixed at $ __NO BAIL__          by   U.S. Magistrate Judge Wayne D. Brazil
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |