**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE:  10/24/2007        CASE NUMBER:  07-00285M-001

USA vs.  Ashaki Green

U.S. MAGISTRATE JUDGE:  MICHELLE H. BURNS  #: 70BT

A.U.S. Attorney  Tom Simon                          INTERPRETER_____
                                                    LANGUAGE_____

Attorney for Defendant  Craig Orent (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  10/24/2007        ☒ Initial Appearance        ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken    ☐ Defendant Sworn        ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings  ORDERED
                            in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset
Set for:
Before:
☐    Defendant ordered temporarily detained in the custody of the United States Marshal
☒    Defendant ordered released O/R w/conditions
☐    Defendant continued detained pending trial
     ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☒ Waived
Set for:
Before:

☐    Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐    Probable cause found    ☐ Dismissed
☐    Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset

Set for:
Before:

---

Other: Order to follow with date/time for defendant to appear in prosecuting district.

Recorded by Courtsmart
BY:  Kathy Lara
Deputy Clerk

IA: 2 mins.
DH: 4 mins.
ID: 2 mins.