☒ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 4 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-385 m |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| -vs- | |
| Ashaki Green, | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: __F D J6ft__

IT IS HEREBY ORDERED appointing the Federal Public Defender by:

( ) United States District Judge _____

(☒) United States Magistrate Judge __M. H. Burns__

CASE ASSIGNED TO: __C. Orent__
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this 24th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

\AppointOrder