X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 4 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

**Ashaki Green**
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: **07-0285M**

CHARGING DISTRICTS
CASE NUMBER: **CR07-00488 CW**

I understand that charges are pending in the **Northern** District of **California** alleging violation of **18 USC 1028(f)** (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution;

(4) a detention hearing to determine whether I can be released pending further proceedings; and

(5) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

( ) I reserve my right to have a detention hearing in the prosecuting district.

X _Ashaki Green_
Defendant

10/24/07
Date

_____
Defense Counsel