<div style="writing-mode: vertical-rl">**United States District Court** For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW MATTHEWS, BOBBY ALEXANDER,<br>CORY KAUTZMAN, ALICIA JOHNSON,<br>DANIELLE REYES, TYHESIA BACON,<br>KENYATA WILLIAMS, LEVI ENRIQUEZ,<br>KELVIN ARNOLD and ASHAKI GREEN<br><br>    Defendants.<br>_____/ | No. CR 07-00488 CW<br><br>CLERK'S NOTICE<br>CONTINUING HEARING |

    Notice is hereby given that the motions setting hearing, previously set for January 9, 2008, is continued to **January 16, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 12/7/07

                                *Sheilah Cahill*
                                SHEILAH CAHILL
                                Deputy Clerk

cc: U.S. Marshal