BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00488 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| ANDRE MATTHEWS, et al. | Hearing Dates: March 12 & 19, 2008 |
| Defendant. | Requested Date: April 9, 2008 |

It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing investigation by defense counsel. Two new discs of electronic discovery have been produced by the government within the week of March 3, 2008, and defense counsel need time to review this material. Approximately 4000 pages of discovery have been previously been produced to defense counsel in electronic form. This electronic discovery has been converted to OCR searchable form by defense counsel and distributed to all defense counsel.

Stip to Continue, 07-00488 CW                           1

1  The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendants in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

03-07-08  /s/
Date  John Paul Reichmuth
Assistant Federal Public Defenders
Counsel for defendant Johnson

03-07-08  /s/
Date  Richard Tamor
Counsel for defendant Bacon

03-07-08  /s/
Date  Garrick Lew
Counsel for defendant Alexander

03-07-08  /s/
Date  Gail Shifman
Counsel for defendant Kautzman

03-07-08  /s/
Date  John Hemann
Counsel for defendant Matthews

03-07-08  /s/
Date  Laura Robinson
Counsel for defendant Enriquez

03-07-08  /s/
Date  Mark Goldrosen
Counsel for defendant Reyes

03-07-08  /s/
Date  Seth Chazin
Counsel for defendant Williams

| | | |
|---|---|---|
| 1 | | |
| 2 | 03-07-08<br>Date | /s/<br>Ismail Ramsey<br>Counsel for defendant Arnold |
| 3 | | |
| 4 | 03-07-08<br>Date | /s/<br>Diana Weiss<br>Counsel for defendant Green |
| 5 | | |
| 6 | | |
| 7 | 03-07-08<br>Date | /s/<br>Keslie Stewart<br>Assistant United States Attorney |

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Date

Hon. Claudia Wilken
United States District Judge