PROPOSED ORDER/COVER SHEET

TO: Honorable Claudia Wilken  RE: Ashaki Green
U.S. District Court Judge

**FILED**

FROM: Claudette M. Silvera, Chief  DOCKET NO.: CR07-00488-7 CW
U.S. Pretrial Services Officer
APR 14 2008

DATE: April 10, 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Amelia A. Berthelsen                    510-637-3753
U.S. PRETRIAL SERVICES OFFICER ASSISTANT    TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☒ ~~Inform all parties concerned that a Bail Review Hearing will be conducted by:~~
Magistrate Judge _____   Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☒ ~~I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).~~

☐ Other Instructions:
Notify her probation officer I have her tested again when her probation begins.

_____         APR 14 2008
JUDICIAL OFFICER                DATE

Cover Sheet (12/03/02)