1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
7  Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
10                 OAKLAND DIVISION

11 UNITED STATES OF AMERICA,          )   No.   CR 07-00488 CW
                                      )
12         Plaintiff,                 )   JOINT MEMORANDUM AND
                                      )   STIPULATION RE RESTITUTION OWED
13     v.                             )   BY ASHAKI GREEN
                                      )
14 ASHAKI GREEN,                      )
                                      )
15         Defendant.                 )
                                      )
16

17     The parties agree that the defendant, Ashaki Green, owes restitution of $465.50 to the
18 World Financial National Network Bank (WFNNB) as a result of the conviction against her in
19 the above-captioned matter. The parties agree that a payment schedule of $50 each month is
20 appropriate. The government will provide the Court with the address to which payments
21 should be directed. The parties further stipulate and jointly request that the hearing set for
22 June 11, 2008 at 2 p.m. be vacated unless the Court requires further briefing on this issue.
23     SO STIPULATED.

24 Dated:    May 13, 2008
                                          /s/
25                                        KESLIE STEWART
                                          Assistant United States Attorney
26
   Dated:    May 13, 2008
27                                        /s/
                                          DIANA WEISS
28                                        Attorney for Defendant Minner

       IT IS SO ORDERED.
   Dated:         _____, 2008    _____
                                          CLAUDIA WILKEN
                                          United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28