JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00488 CW |
|    Plaintiff, ) | JOINT MEMORANDUM AND STIPULATION RE RESTITUTION OWED BY ASHAKI GREEN |
|    v. ) | |
| ASHAKI GREEN, ) | |
|    Defendant. ) | |

The parties agree that the defendant, Ashaki Green, owes restitution of $465.50 to the World Financial National Network Bank (WFNNB) as a result of the conviction against her in the above-captioned matter. The parties agree that a payment schedule of $50 each month is appropriate. The government will provide the Court with the address to which payments should be directed. The parties further stipulate and jointly request that the hearing set for June 11, 2008 at 2 p.m. be vacated unless the Court requires further briefing on this issue.

SO STIPULATED.

Dated: May 13, 2008

                        /s/
                        KESLIE STEWART
                        Assistant United States Attorney

Dated: May 13, 2008

                        /s/
                        DIANA WEISS
                        Attorney for Defendant Minner

IT IS SO ORDERED.
Dated:     May 19, 2008

                        *Claudia Wilken* (signature)
                        CLAUDIA WILKEN
                        United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28