RICHARD A. TAMOR
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile: (510) 874-4174
web: www.TamorLaw.com

Attorneys for Defendant TYHESIA BACON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR-05-00395 CRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT TYHESIA BACON'S |
| ) | |
| TYHESIA BACON, et al. ) | SENTENCING MEMORANDUM |
| ) | |
| ) | Date: July 23, 2008 |
| ) | Time: 2:00 p.m. |
| Defendants ) | Court: Hon. Claudia Wilken |
| _____ ) | |

    The defense has received and reviewed the Amended Presentence Investigation Report prepared by United States Probation Officer Brian D. Casai.

    As an initial matter, the defense would like to thank and commend USPO Casai for his thorough and thoughtful presentence report in this matter.

    However, the defense would respectfully request that this Court sentence Ms. Bacon consistent with paragraphs 8 and 14 of the parties' Rule 11(c)(1)(C) plea agreement, i.e. three years probation with six months home detention as a condition of probation (wqith other conditions to be fixed by the Court); no fine; and $100 special assesment.

  Furthermore, with respect to restitution, the defense requests this Court enter a restitution amount of $10,000 which is consistent with the plea agreement language of restitution no less than $10,000. Under 18 U.S.C. § 3664(h), "if the court finds that more than 1 defendant has contributed to the loss of a victim, the court may . . . apportion liability among the defendants to reflect the level of contribution to the victims's loss and the economic circumstances of each defendant."

  Here, Ms. Bacon is currently earning $15 per hour, she has no assets, she has delinquent medical bills of $15,865, and she is the sole support of her 12-year-old daughter. Pre-Sentence Report ¶ 66. Her economic circumstances clearly do not militate in issuing a joint and several restitution order in the amount of $35,674.97. Moreover, the Pre-Sentence report acknowledged her minor participant role in the offense by reducing her offense level by 2 levels. Pre-sentence report at ¶ 38. Thus, her level of contribution to the victims's losses should likewise be apportioned to reflect her minor participant role. Finally there are at least four (4) other co-defendants who are at least as or more culpable and/or involved than Ms. Bacon, and should this Court apportion each defendant with an amount of at least $10,000, the victims would be fully compensated should each defendant satisfy his or her restitution obligation.

Date: July 22, 2008        Respectfully Submitted,
                TAMOR & TAMOR

                _____/s/_____
                RICHARD A. TAMOR, ESQ.
                Attorneys for TYHESIA BACON

U.S. v. TYHESIA BACON, CR 07-0488 CW; SENTENCING MEMORANDUM    2